No. 91–8533. HENDRICKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8534. GARCIA, AKA CABILLA v. UNITED STATES; and No. 92–11. RODRIGUEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 968 F. 2d 130.

No. 91–8535. ROBINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8536. MENDOZA-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8537. RAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8538. RUSSELL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–8539. MCNEAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8540. TETER v. JONES, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 91–8541. LUTTRELL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–8542. QUARLES v. SAMPLES, REGIONAL DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–8543. SMITH v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 91–8544. DANIELS v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 91–8545. SUEING v. BROWN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–8546. BROTHERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.